IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cv-00436-LTB-GJR

BYRNE CHAUNCEY SMITH,

    Plaintiff,

vs.

SHERIFF'S DEPUTY SHELLY WILLIAMS, in her individual capacity and in her official capacity as an employee of the Hinsdale County Sheriff's Office, Hinsdale County, Colorado;
SHERIFF'S DEPUTY LOUIS ALLEN JOHNSON, in his individual capacity and in his official capacity as an employee of the Hinsdale County Sheriff's Office, Hinsdale County, Colorado;
HINSDALE COUNTY, COLORADO;
WILLIAM DENISON, in his individual capacity and in his official capacity as the Hinsdale County Sheriff, Hinsdale County, Colorado;
GREG WILLIAMS, in his individual capacity and in his official capacity as the Hinsdale County Undersheriff, Hinsdale County, Colorado;
THE HINSDALE COUNTY SHERIFF'S DEPARTMENT, Hinsdale County, Colorado and,
THE BOARD OF COUNTY COMMISSIONERS OF HINSDALE COUNTY, COLORADO, namely: Flynn Mangum, Linda Matthews, Allen Brown and Carol Drake (County Commissioners at the time of the incident) in their official capacities as Commissioners,

    Defendants.

---

### ORDER GRANTING MOTION TO PARTICIPATE IN SCHEDULING/PLANNING CONFERENCE BY TELEPHONE

---

The Court, having review the Defendant's Motion to Participate in Scheduling/Planning Conference by Telephone and, being otherwise fully advised in the premises;

HEREBY GRANTS said Motion and Defendants are permitted to participate in the Scheduling/Planning Conference by Telephone and Defendants shall, therefore, contact the Court by calling 970-248-0061 [241-8932 struck through] at 2:00 p.m. on Thursday, July 29, 2006 to participate in said Conference or shall call such other number as may be designated by the Court.

Dated this 19th day of July, 2006.

BY THE COURT:

GJR
_____
Magistrate Judge Gudrun Rice