IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01443-LTB-BNB

CONCEPCION OROZCO a/k/a CONSEPCION OROZCO, and
ANNA OROZCO,

Plaintiffs,

v.

SARA PETERSON,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference.  The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that a revised proposed scheduling order, modified consistent with our discussion today, shall be submitted to the court on or before **January 24, 2007**.

Dated January 19, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge