IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06 CV 436-LTB-GJR

BYRNE CHAUNCEY SMITH

    Plaintiff,

vs.

WILLIAM DENISON, in his individual capacity and in his official capacity as the Hinsdale County Sheriff, Hinsdale County, Colorado; and
GREG WILLIAMS, in his individual capacity and in his official capacity as the Hinsdale County Undersheriff, Hinsdale County, Colorado;

    Defendants.

---

### ORDER CONCERNING THE MOTION TO COMPEL PRODUCTION OF DOCUMENTS

---

This matter comes before this Court on Smith's Motion to Compel Production of Documents. The Court has reviewed the Plaintiff's Motion and Brief in Support of Motion to Compel Production of Documents. The Court, being fully advised, finds and orders as follows:

☐ The Motion to Compel Production of Documents is hereby granted. The Defendant Greg Williams is ordered to produce his personnel file from each of his former law enforcement employers to the Plaintiff's attorney by _____.

☒ The Motion to Compel Production of Documents is hereby denied.

SO ORDERED this 21st day of June, 2007.

_____
Magistrate Judge