IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00436-LTB-GJR

BYRNE CHAUNCEY SMITH,

    Plaintiff,

v.

SHERIFF"S DEPUTY SHELLY WILLIAMS, in her individual capacity and in her official capacity as an employee of the Hinsdale County Sheriff's Office, Hinsdale County, Colorado; et al.,

    Defendants.
_____

## ORDER CLARIFYING CAPTION
_____

THIS MATTER comes before the Court on defendants' unopposed motion to clarify the caption to conform with the Court's prior order on summary judgment and with the stipulation of the parties as approved by Magistrate Rice.  The names of the defendants in the caption are amended so that the only remaining defendants are as follows:

    RONALD BRUCE, in his official capacity as the Hinsdale County Sheriff, Hinsdale County, Colorado; and
    GREG WILLIAMS, in his individual capacity and in his official capacity as the Hinsdale County Undersheriff, Hinsdale County, Colorado;

In all other respects the caption remains unchanged.

DONE IN OPEN COURT this   20th   day of July, 2007.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    U.S. District Court Judge