# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00436-LTB-GJR

BYRNE CHAUNCEY SMITH

    Plaintiff,

vs.

RONALD BRUCE in his official capacity as the Hinsdale County Sheriff, Hinsdale County, Colorado; and
GREG WILLIAMS, in his individual capacity and in his official capacity as the Hinsdale County Undersheriff, Hinsdale County, Colorado;

    Defendants.

## ORDER REGARDING THE AMENDED MOTION FOR TIME TO SUBSTITUTE AND DEPOSE REPLACEMENT EXPERT

    The Court has considered the Amended Motion for Time To Substitute and Depose Replacement Expert along with the Defendant's Response; and also the Plaintiff's Response to Defendant's Request to Limit Expert Testimony. A hearing was held on August 1, 2007 at which time counsel for both Plaintiff and Defendant were present by telephone and after considering the arguments of counsel the Court enters the following orders:

    Plaintiff shall be allowed until September 1, 2007 to designate a replacement expert and disclose the expert's report to opposing counsel. Defendant shall depose Plaintiff's expert no later than October 1, 2007.

    Testimony at trial of both Plaintiff's substitute expert and Defendants' expert shall be limited to those areas or topics addressed in the initial reports that have been previously presented by the parties, namely whether the force used in the arrest was reasonable and

necessary; and each expert at trial may testify to his reasons for such opinions. Both experts may respond to or testify to any areas or topics addressed in either previous report as well as the substitute expert's report so long as he limits his substitute expert report to whether the force used in the arrest was reasonable and necessary; and to his reasons for such opinions.

Date: August 3, 2007

Gudrun J. Rice
United States Magistrate Judge