### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00436-LTB-GJR

BYRNE CHAUNCEY SMITH

      Plaintiff,

vs.

RONALD BRUCE in his official capacity as the Hinsdale County Sheriff, Hinsdale County, Colorado; and
GREG WILLIAMS, in his individual capacity and in his official capacity as the Hinsdale County Undersheriff, Hinsdale County, Colorado;

      Defendants.

---

### ORDER AMENDING FINAL PRETRIAL ORDER TO SHOW
### PLAINTIFF'S SUBSTITUTE EXPERT WITNESS

---

This matter comes before this Court on Smith's Motion to Amend Final Pretrial Order to Show Plaintiff's Substitute Expert Witness. The Court, being fully advised, finds and orders as follows:

The Final Pretrial Order dated June 29, 2007 is hereby amended to remove the name and address of Ken Barnes as the expert witness of the Plaintiff and replace it with the name and address of the Plaintiff's new expert witness, Dan Montgomery, 6251 W. 74th Avenue, Arvada, CO 80003.

SO ORDERED this 30th day of August, 2007.

BY THE COURT:

Gudrun J. Rice
United States Magistrate Judge