IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: Deborah Hansen                    Date:  November 16, 2007
Court Reporter:    Gwen Daniel

_____

Civil Case No.   06-cv-00436-LTB-GJR                Counsel:

BYRNE CHAUNCEY SMITH,                               William Kain
                                                    (by telephone)
        Plaintiff,
v.

GREG WILLIAMS, et al.,                              Robert Liechty

        Defendants.

_____

COURTROOM MINUTES
_____

HEARING - Trial Preparation Conference

08:12 a.m.    Court in Session

Court's comments

Discussion re Motion in Limine

**ORDERED:  The motion in limine regarding plaintiff's expert (Doc No. 77) is GRANTED, specifically limiting Mr. Montgomery's opinion to whether the force was unreasonable and unnecessary after the plaintiff was removed from the doorway of his home.**

Court's further comments

Both parties in their Witness List identify Dr. Jay Wolkov by deposition.

Discussion re Dr. Jay Wolkov

1

Mr. Liechty does not anticipate any objections in the deposition.  Mr. Kain agrees with Mr. Liechty and adds that they can go through the transcript and figure out what is relevant and just have it read once at some time in the trial.

**ORDERED:** **By Thursday, November 29, 2007 the parties shall submit one set of Jury Instructions, including the statement of the case Instruction and Instructions on the substantive elements of the claim or claims.**

**If the plaintiff is proposing certain language that is objected to by the defense, the plaintiff's language should be submitted all in caps.  If the defense is proposing certain language that is objected to by the plaintiff, that language should be submitted in brackets.**

**By Thursday, November 29, 2007 the parties shall also submit their verdict forms, special interrogatories, proposed voir dire and a hard copy of the deposition testimony.**

**ORDERED:** **Counsel shall be present at 8:00 a.m. the first day of trial.**

The Court will seat a jury of nine.

09:00 a.m.    Court in Recess
              Hearing concluded
              Time: /48