IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 06-cv-00436-LTB-GJR

BYRNE CHAUNCY SMITH,

      Plaintiff,

v.

RONALD BRUCE, in his official capacity as the Hinsdale County Sheriff, Hinsdale County, Colorado; and GREG WILLIAMS, in his individual capacity and in his official capacity as the Hinsdale County Undersheriff, Hinsdale County, Colorado,

      Defendants.
_____

ORDER
_____

As set forth on the record at the hearing held on November 16, 2007, IT IS HEREBY ORDERED as follows:

1. Defendants' Motion in Limine Regarding Plaintiff's Expert [Doc # 77] is GRANTED;

2. Plaintiff's expert, Dan Montgomery, may testify about the facts and circumstances surrounding Plaintiff's arrest, but his expert opinions shall be limited to the issue of whether the force used by Defendant Williams after he pulled Plaintiff from the doorway of his home was reasonable and necessary; and

3. The parties shall submit one set of annotated proposed jury instructions, one set of unannotated proposed jury instructions, proposed voir dire questions, and a copy of the deposition testimony to be offered at trial on or before November 29, 2007.

Dated: November __16__, 2007 in Denver, Colorado.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge