IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 06-cv-00436-LTB-GJR

BYRNE CHAUNCY SMITH,

    Plaintiff,

v.

GREG WILLIAMS, in his individual capacity and in his official capacity as the Hinsdale County Undersheriff, Hinsdale County, Colorado,

    Defendants.
_____

ORDER
_____

Upon stipulation, the remaining claim against the remaining Defendant, Greg Williams, is Plaintiff's 42 U.S.C. § 1983 excessive force claim and no other parties or claims remain.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: December 3, 2007