IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Case No. 06-cv-00436-LTB-GJR

BYRNE CHAUNCEY SMITH,

    Plaintiff,

v.

GREG WILLIAMS,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

---

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this ____ day of December 2007.

BY THE COURT:

_____
LEWIS T. BABCOCK, JUDGE
United States District Court

_____
Attorney for Plaintiff

_____
Attorney for Defendant